RECEIPT #_____
AMOUNT $_____
SUMMONS ISSUED_____
LOCAL RULE 4.1_____
WAIVER FORM _____
MCF ISSUED_____
BY DPTY. CLK._____
DATE_____

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

_____
                                         )
CYNTHIA E. DEMPSTER,                     )
                                         )
                    Plaintiff,           )    CIVIL ACTION
                                         )    NO.
                                         )    **04-10334PBS**
          v.                             )
                                         )
UNITED STATES OF AMERICA,                )    Formerly:
                                         )    Gloucester District Court
                    Defendant.           )    Civil Action No. 0439 SC 33
_____)

MAGISTRATE JUDGE_____

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

Pursuant to 28 U.S.C. §§§ 1441, 1442 and 1446, Defendant

United States of America, by its attorney, Michael J. Sullivan,

United States Attorney for the District of Massachusetts, hereby

gives notice of its removal of this lawsuit to the United States

District Court for the District of Massachusetts.  As grounds for

removal, defendant states as follows:

1.    Plaintiff Cynthia E. Dempster filed this action in the

Gloucester District Court, Small Claims Session, Department of

the Trial Court of Massachusetts on or about January 10, 2004

entitled Cynthia E. Dempster v. U.S. Postal Service, Civil Action

No. 0439 SC 33.[1]

_____

[1]Since this claim falls under 28 U.S.C. § 2679, the Federal
Tort Claims Act, the United States of America is the only proper
party and the caption for removal reflects this requirement.

-1-

-2-

2.    To date, service of the Complaint has not been made on the United States Attorney for the District of Massachusetts.  A copy of the Notice of Trial was received was received by regular mail by the Postal Service on January 21, 2004.

3.    This action is removable to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. §§ 1441 and 1442.  Section 1441 provides for the removal of any action brought in State Court of which the United States District Court has original jurisdiction, including but not limited to, actions founded on claims arising under any law of the United States.  Plaintiff alleges claims under the Federal Tort Claims Act arising out of loss of property through the postal services.

4.    No prior removal of this action has been attempted.

5.    The removal of this action is timely under the provisions of 28 U.S.C. §1446(b), as plaintiff has failed to make service of the summons and complaint on the United States as required by 28 U.S.C. §2410(b).  See Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344 (1999) (removal period begins only upon service of summons and complaint).

6.    The filing of this notice is not a waiver of any rights or defenses that may be available to the defendant.

7.    Copies of all pleadings received by the Defendant United

States are attached hereto.

                              By its attorneys,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                              _____
                              Eugenia M. Carris
                              Assistant U.S. Attorney
                              U.S. Attorney's Office
                              John Joseph Moakley U.S. Courthouse
                              1 Courthouse Way, Suite 9200
                              Boston, MA   02210
                              Tel. No. (617) 748-3376



                      **CERTIFICATE OF SERVICE**

    IT IS HEREBY CERTIFIED that on this day service of the
foregoing Notice of Removal to United States District Court for
the District of Massachusetts has been made upon the following by
depositing a copy in the United States mail, postage prepaid to:

Cynthia E. Dempster
34 Rock Neck Ave
Gloucester, MA 01930


                              _____
                              Eugenia M. Carris
                              Assistant U.S. Attorney


Dated: February 18 , 2004

# STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL

**Trial Court of Massachusetts
Small Claims Session**

| PART 1 | DOCKET NO. 0439 SC 33 (For Court Use Only.) |
|---|---|

☐ BOSTON MUNICIPAL COURT  ☐ DISTRICT COURT _____ Division  ☐ HOUSING COURT _____ Division

**PART 2**

PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE
Cynthia E. Dempster
34 Rocky Neck Ave
Gloucester Ma 01930

PHONE NO: 978·290·0939

PLAINTIFF'S ATTORNEY (if any)
Name: n/4
Address: _____

5691E000001/15/04SM CLAIM     30.
5691E000001/15/04SURCH        10.

PHONE NO: _____     BEO NO: _____

**PART 3**

DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE
U.S. Post Office, Acct. Service Ctr
1720 Market St
St. Louis, Mo 63180-9020

PHONE NO: 314-436-5310

ADDITIONAL DEFENDANT (if any)
Name: U.S Post Office, Postmaster
Address: Dale Ave
Gloucester, Ma 01930

PHONE NO: _____

**PART 4**

**PLAINTIFF'S CLAIM.** The defendant owes $ 1,960 plus $ 40.— court costs for the following reasons: Give the date of the event that is the basis of your claim.

On 9/13/03 I sent a computer to my son, insured for $1,000. (Damaged in transit) the U.S. P.o has held this computer since that time. therefore depriving my son of a computer for an entire college semester + creating a hardship for him as he works full time + goes to college. As a struggling single Mom of 2 I cannot replace the computer without the insurance money. After numerous arduous phone calls the U.S. P.o has sent me $ a settlement of $116.75 on 12/31/03. We are facing another semester with this hardship. When insurance is purchs at the U.S.P. it is a deception to the _____ lost _____ $1,000 computer – $913.04 lost time spent on phone + hard ship?

SIGNATURE OF PLAINTIFF   X Cynthia Dempster      DATE 1/10/04

**PART 5**

**MEDIATION:** Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6**

**MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:

☑ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.

☐ above defendant(s) is (are) serving in the military

X Cynthia E. Dempster      1/10/04
SIGNATURE OF PLAINTIFF      DATE

**NOTICE TO DEFENDANT:**
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

CLERK-MAGISTRATE/ASST.-CLERK/DESIGNEE

NAME AND ADDRESS OF COURT
Gloucester District Court
197 Main Street
Gloucester, MA 01930

DATE AND TIME OF TRIAL
DATE 4/2/04   AT 1:00

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

COURT USE ONLY

To complete portions of this form. See Instructions on reverse.

ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SABE LEER INGLÉS, OBTENGA UNA TRADUCCIÓN.