UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA E. DEMPSTER, ) | |
| ) | CIVIL ACTION |
| Plaintiff, ) | NO. 04-10334-PBS |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on this day the original certified or attested to copies of the state court pleadings received from the Clerk/Magistrate of the Gloucester District Court, Small Claims Session, were filed with the United States District Court.

By their attorneys,

MICHAEL J. SULLIVAN
United States Attorney

_____
Eugenia M. Carris (BBO# 566871)
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel. No. (617) 748-3100

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on 2-25-04

_____
Assistant U.S. Attorney