UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Cynthia Dempster

        Plaintiff,           CIVIL ACTION
                                     NO.   04-10334-PBS

    v.

United States of America
        Defendant.

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                           March 3, 2004

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing Re: Motion to Dismiss on **April 30, 2004**, at **2:00 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                                       By the Court,

                                                                     /s/ Robert C. Alba
                                                                   Deputy Clerk

Copies to:  All Counsel