

U.S. Department of Justice

**Michael J. Sullivan**
United States Attorney
District of Massachusetts

Main Reception: (617) 748-3100
Facsimile (617) 748-3969

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

March 23, 2004

**BY HAND**
Robert Alba, Courtroom Deputy to the
Honorable Patti B. Saris
United States District Court
1 Courthouse Way
Boston, MA 02210

      Re:    Cynthia E. Dempster v. United States of America
              CA: 04-10334-PBS

Dear Mr. Alba:

    Enclosed please find a March 17, 2004 letter I received from the plaintiff in the above matter, which includes a copy of Ms. Dempster's administrative appeal. The prior lack of appeal was one ground for the government's motion to dismiss. Ms. Dempster indicates in this letter that she wishes to withdraw the above-captioned claim. The government does not object. Please advise if you require additional information from my office. Thank you for your attention to this matter.

                                            Very truly yours,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                          By:       _____
                                            Eugenia M. Carris
                                            Assistant U.S. Attorney

Enclosures
cc:    Cynthia E. Dempster (*w/o enclosures*)

Eugenia M. Carris  
Assistant U.S. Attorney  
John J. Moakley Federal Court  
1 Courthouse Way  
Suite 9200  
Boston, Ma. 02210

March 17, 2004

Please find enclosed the best I could do for an appeal and have forwarded to the U.S. Post Office. I would have taken this action earlier had I been aware of the possibility. It is not my intention to take court time on a small matter. My intent is only to remedy my situation to provide my son with a computer such as the one I sent him.

As a public layperson under the impression that when one purchases insurance for a postal delivery the U.S. Post Office honors said insurance purchased, I would suggest further disclosures to the public upon insurance purchase regarding adjusted amounts and rights to appeal. In this way it would seem less deceiving to the public.

I wish to withdraw my claim to Civil Action #04-10334-PBS at this time as it is apparent myself as pro-see does not have the knowledge to combat your attorneys and documents.

Sincerely,  
Cynthia Dempster  
174 E. Main St.  
Gloucester, Ma. 01930  
978-290-0939

March 17, 2004

Manager
Claims Appeals
1720 Market St.
St. Louis, Mo. 63180-9020

Request for Appeal

In regards to Claim # 25312
Parcel ID VB465817426US

Regarding claim for $1000.00 insured computer, per your statement, "all contents damaged" you have issued me a check #0302807284 for $116.75.

Our original claim was for a monitor damaged, not for the entire computer. Had the main unit been returned to us I could use the $116.75 towards the monitor replacement but find it impossible to replace the entire computer for the above amount.

Question is why has the computer not been returned so I may proceed with purchasing a monitor?
In the event that you do not intend on returning the computer please adjust this claim to $116.75 plus $500.00 for a total of $516.75 far less than the insured amount.

Currently I have filed for Civil Action with the United States District Court, Civil Action # 04-10334-PBS which upon your response I intend to withdraw.

Sincerely,
Cynthia Dempster
174 E.Main St.
Gloucester, Ma. 01930
978-290-0939